Maurice Darner, Administrator of Estate of Dessie E. Darner, Deceased, and Edna Darner, Appellees, v. Nate Colby and Johnson Oil Refining Company (Johnson Oil Refining Company, Appellant).

Gen. No. 9,528.

Heard in this court at February term, 1940; opinion filed August 14, 1941. Hadley & Leren, for appellant Johnson Oil Refining Co.; Charles W. Hadley, of counsel; Alschuler, Putnam, Johnson & Ruddy and Sears, O'Brien & Streit, for appellees; Edward F. Streit, of counsel. Opinion by JUSTICE HUFFMAN. "Not to be published in full."

Lucie Grise Palardis, Appellant, v. Eben B. Gower, Appellee.

Gen. No. 9,666.

DOVE, J., dissents.

Heard in this court at May term, 1941; opinion filed August 14, 1941. Eva L. Minor, for appellant; Donald Gray and W. H. Dyer, for appellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."